# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134147(44)

ROBERT AUSLANDER and CAROL
AUSLANDER,
        Plaintiffs-Appellees,

v

SC: 134147
COA: 274079
Oakland CC: 2004-061286-NH

ALLAN W. CHERNICK, M.D.,
CARDIOVASCULAR SPECIALISTS, P.C.,
HOWARD S. GOLDBERG, M.D., and
HOWARD S. GOLDBERG, M.D., P.C.,
        Defendants-Appellants.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 17, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317